## Commonwealth ex rel. Supow, Appellant, *v.* Savadove.

Argued June 17, 1966. *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellant; *Gilbert P. High,* with him *High, Swartz, Roberts & Seidel,* for appellee.
Order affirmed.

## Commonwealth ex rel. Thomas, Appellant, *v.* Myers.

Submitted June 13, 1966. *Raymond H. Thomas,* appellant, in propria persona; *Clarence C. Newcomer,* First Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Towber, Appellant, *v.* Frame.

Submitted June 13, 1966. *Wasyl Towber,* appellant, in propria persona; *Norman J. Pine,* Assistant District Attorney, for appellee.
Order affirmed.